JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE Y. SALINAS,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART CLAIMS SERVICES, INC., etc. et al.,<br><br>    Defendants. | Case No. CV 22-7124-MWF(MAAx)<br><br>**ORDER RE DISMISSAL [PURSUANT TO F.R.C.P. 41(A)]** |

Pursuant to the Stipulation (Docket No. 10) of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties with each party bearing that party's own attorney's fees and costs.  The Clerk is directed to close the file.

Dated: February 1, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge